IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-230-TFM |
| | ) | |
| CHARLES SANDERS | ) | |
| | ) | **INFORMATION** |
| | ) | |
| | ) | |

**GOVERNMENT RESPONSE TO ORDER ON ARRAIGNMENT**

     On November 9, 2007, the United States District Court for the Middle District of Alabama Northern Division ordered that, on or before five days prior to the pretrial conference, the government advise the court in writing as to whether this case will be tried.  It is the intent of the government to proceed to trial.

          Respectfully submitted,

          s/L. Amber Brugnoli
          L. AMBER BRUGNOLI
          Special Assistant United States Attorney
          42 ABW/JA
          50 LeMay Plaza South
          Maxwell AFB AL  36112-6334
          (334) 953-2786

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of December, 2007, and in the matter of *United States of America v. Charles Sanders,* 2:07-cr-230-TFM, I electronically filed the Government Response to Order on Arraignment with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

      Respectfully submitted,

      s/L. Amber Brugnoli
      L. AMBER BRUGNOLI
      Special Assistant United States Attorney
      42 ABW/JA
      50 LeMay Plaza South
      Maxwell AFB AL  36112-6334
      (334) 953-2786