IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  | |
| v.                                                          ) | Case No.: 2:07CR230-TFM |
|                                                               ) | |
| CHARLES E. SANDERS                      ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **Charles E. Sanders**, by and through his undersigned counsel, Donnie W. Bethel, and moves this Court to continue his case past the presently scheduled date of January 14, 2008. As grounds for granting this Motion, Defendant would show the following:

1. Undersigned counsel presently has felony trials in the United States v. Lorenzo Rainer, Case No. 2:07-cr-151-MEF; United States v. Willie Davis, Case No. 2:07CR248-WKW; and United States v. Lawrence Dean, Case No. 2:07cr195-MEF, which are scheduled for the trial term of January 14, 2008. At a minimum, both United States v. Lorenzo Rainer and United States v. Lawrence Dean will proceed to trial and it is likely that United States v. Willie Davis will also proceed to trial during this term.

2. In addition, undersigned counsel and counsel for the government have undertaken negotiations to resolve this matter without the necessity for a trial and undersigned counsel believes that should a continuance be granted, a resolution without the need of a trial will be reached.

3. Counsel for the Government, L. Amber Brugnoli, Special Assistant United States Attorney, does not oppose the granting of a continuance to the next trial term.

4.	While requests for a continuance are addressed to the sound discretion of the trial court, <u>United States v. Darby</u>, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charge contained in the Indictment.

**WHEREFORE,** based upon the foregoing, undersigned counsel respectfully requests that this trial be continued beyond the presently scheduled date of January 14, 2008.

Dated this 20th day of December, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:07CR230-TFM** |
| ) | |
| **CHARLES E. SANDERS** ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama  36101

Lindsey A. Brugnolin
Special Assistant United States Attorney
50 LeMay Plaza South
Maxwell AFB, Alabama 36112

                                       Respectfully submitted,

                                       s/ Donnie W. Bethel
                                       DONNIE W. BETHEL
                                       Assistant Federal Defender
                                       201 Monroe Street, Suite 407
                                       Montgomery, Alabama 36104
                                       Phone: (334) 834-2099
                                       Fax: (334) 834-0353
                                       E-mail:don_bethel@fd.org
                                       IN Bar Code: 14773-49