IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-230-TFM |
| | ) | |
| CHARLES E. SANDERS | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Christopher D. James**, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 28th day of February, 2008.

    Respectfully submitted,

    s/Christopher D. James
    CHRISTOPHER D. JAMES
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB AL  36112-6334
    (334) 953-2786

## CERTIFICATE OF SERVICE

I hereby certify that on this date of February 28, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    s/Christopher D. James
    CHRISTOPHER D. JAMES
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786
    Fax:  334-953-2787