IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr230-TFM |
| | ) | |
| CHARLES SANDERS | ) | |

**MOTION FOR LEAVE TO FILE OUT OF TIME**

**GOVERNMENT PROPOSED JURY INSTRUCTIONS**

COMES NOW the United States of America by and through its Attorney for the Middle District of

Alabama and moves the Court for leave to file one business day out of time Government's proposed jury

instructions.

On 9 November 2007 this Court set the above captioned case for jury trial on 14 January 2008.  In

the Arraignment Order, the proposed jury instructions were due by 7 January 2008, 7 days prior to trial.  On

3 January 2008, this Court ordered that the trial be continued and set the trial date for 10 March 2008.  Based

on this Court's previous order, I believe the proposed jury instructions were due 4 March 2008.  The

Government's proposed jury instruction contains the elements of the offense.  In this case, the charges are

violation of Alabama Statute Section 13A-9.13.1, Negotiating a Worthless Negotiable Instrument.  Since the

Government is alleging violation of a State Statute, I contacted the Mr. Kent Brunson, Assistant U.S.

Attorney, Supreme Court Law Librarian, the Montgomery County District Attorney, and Ft. Rucker

Magistrate Court Clerk to find sample or model jury instructions.  After exhausting all known resources, I

was unable to find a sample or model instruction.   I drafted the attached proposed jury instruction based on

the statute sections and definition sections.  Government Counsel apologizes for any inconvenience this

delay may have caused the Court and defense counsel.

Respectfully submitted this the 5th day of March, 2008

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

**/sChristopher James**
CHRISTOPHER JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I electronically filed the foregoing Requested Jury Instructions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

**/sChristopher James**
CHRISTOPHER JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OR AMERICA      )

                             )

          v.                )          CR. NO. 2:07cr230-TFM

                             )

CHARLES SANDERS            )

## <u>ORDER</u>

Upon consideration of the Motion for Leave to File Out of Time Jury Instructions heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this _____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE