**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr230-TFM |
| | ) | |
| CHARLES SANDERS | ) | |

**ORDER**

Upon consideration of the Motion for Leave to File Out of Time Jury Instructions heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this 6th day of March, 2008.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE