# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07CR230-TFM |
| ) | |
| CHARLES E. SANDERS ) | |

## SECOND UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **CHARLES E. SANDERS**, through Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the March 10, 2008, Trial Term. In support of this motion, the Defendant would show the following:

1. On March 5, 2008, Major Sloan Pye of the Maxwell Air Force Base Staff Judge Advocate's Office informed Mr. Sanders that, should he wish to request pretrial diversion in this case, the Staff Judge Advocate's Office would recommend approval of that request. Pursuant to that suggestion, Mr. Sanders is requesting pretrial diversion.

2. Therefore, both Mr. Sanders and the United States desire that this Court continue the trial of this case so that the pretrial diversion request may be processed.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 6th day of March, 2008.

                          Respectfully submitted,


                          s/ Donnie W. Bethel
                          DONNIE W. BETHEL
                          Assistant Federal Defender
                          201 Monroe Street, Suite 407
                          Montgomery, Alabama 36104
                          Phone: (334) 834-2099
                          Fax: (334) 834-0353
                          E-mail:don_bethel@fd.org
                          IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07CR230-TFM |
| ) | |
| CHARLES E. SANDERS ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant U. S. Attorney

Christopher D. James
Special Assistant U. S. Attorney

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49